UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   22-08485 |
| New Era Painting Incorporated, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### Order Granting Trustee's Application to Retain Justin Storer as Counsel

This matter coming before the court on the trustee's motion to retain Justin Storer as her counsel, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted.  The trustee is authorized to retain Justin Storer as her counsel, effective August 24, 2022, with compensation subject to further order of court.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  September 12, 2022

**Prepared by:**

Ariane Holtschlag (6294327)
Justin Storer (6293889)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-6976
Fax: (847) 574-8233
Email: jstorer@wfactorlaw.com